**Opinion filed July 7, 2023**



## In The

# Eleventh Court of Appeals

_____

## No. 11-23-00083-CV

_____

**DEVON ENERGY PRODUCTION COMPANY, L.P., Appellants**

**V.**

**MCCLURE OIL COMPANY, INC. AND FINA 945 L.C., Appellees**

**AND**

**DRIVER PRODUCTION, L.P., ET AL., Appellants**

**V.**

**DEVON ENERGY PRODUCTION COMPANY, L.P., ET AL., Appellees**

**On Appeal from the 118th District Court**

**Glasscock County, Texas**

**Trial Court Cause No. 1895**

## M E M O R A N D U M   O P I N I O N

Benella, LLC, Broadmoor Land and Minerals, LLC, Buckhorn Minerals III,

L.P., Buckhorn Minerals III-QP, LP, Congress Energy Ventures, LLC, Leon and

JoAnn Halfmann Family LP, C. Michael Hoch, Individually and as Independent Executor of the Estate of Linda Lanelle Hoch, Forest M. Hoch, Leroy Hoelscher, Valeria Hoelscher, Lynette Jansa, Mitchell Jansa, Joe D. Schwartz, Joseph Schwartz, Melinda Gail Schwartz, Rose Schwartz, Sourcing Rock, LLC, and TD Minerals, LLC, (the Benella Appellants) have filed in this court a joint motion for partial dismissal of this appeal. In the motion, the Benella Appellants indicate that they no longer desire to pursue an appeal. The Benella Appellants state that, therefore, they move to voluntarily dismiss their appeal in the above matters. The Benella Appellants indicate that Vital Energy, Inc. f/k/a Laredo Petroleum, Inc., Graham Sons Minerals, LLC, Pioneer Natural Resources, SH Permian Minerals, Devon Energy Production Company, L.P., and Driver Production, L.P. do not oppose the relief requested in the motion. The remaining parties have not filed a response in this court that would indicate that they are opposed to the motion for partial dismissal. Consequently, we are of the opinion that the motion for partial dismissal should be granted. *See* TEX. R. APP. P. 42.1(a)(1), (b).

Accordingly, we grant the motion for partial dismissal filed jointly by the Benella Appellants, and we dismiss this appeal in part. The portion of the appeal relating to the Benella Appellants is dismissed. Appellants' appeal remains active with respect to the remaining parties.

PER CURIAM

July 7, 2023

Panel consists of: Bailey, C.J.,
Trotter, J., and Wright, S.C.J.[1]

Williams, J., not participating.

---

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.